UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In Re: CHAD BONDIE
     SHANNONE BONDIE

Chapter 13
Case No. 15-30209-dof
Honorable Daniel S. Opperman

Debtor(s).

Address: 1918 Byron Rd.
          Howell, MI 48855
Last four digits of Social Security: xxx-xx-1224
                            xxx-xx-1690
_____/

## OBJECTION TO SECURED PROOF OF CLAIM NO. 15-1
## OF THE MICHIGAN DEPARTMENT OF TREASURY

     NOW COMES Debtor(s), Chad & Shannone Bondie, and for their objections to the Michigan Department of Treasury in this bankruptcy case states as follows:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy code on January 28, 2015 in the Eastern District of Michigan.

2. Creditor, Michigan Department of Treasury, has filed a Secured Proof of Claim Pacer No. 15-1 in the amount of $8,162.94 on April; 27, 2015.

3. These Claims include *estimated* tax liabilities for tax years 201 and 2011.

3. The Debtors' recently filed Joint 2010 State of Michigan Tax Return reflects a liability of $632.00. The Debtors' recently filed Joint 2011 State of Michigan tax Return reflects a liability of $907.00.

4. The Proof of claim duplicates the Debtors total joint tax liability for tax years 2007, 2008, 2011, 2012. The Proof of claim lists the *total* joint tax liability twice under both Debtors' social security numbers resulting double the actual joint tax liability.

5. The State of Michigan's Secured Claim exceeds the value of any property of the

estate that can be attached as the Internal Revenue Service's lien filed on or about 4/13/2010 has priority over the Michigan department of Treasury liens filed in February and August of 2014. The Internal Revenue Services' lien leaves no estate property unencumbered for the Michigan Department of Treasury's lien to attach.

**WHEREFORE,** Debtor(s), Chad & Shannone Bondie, request that this Honorable Court deny Creditor Michigan Department of Treasury's estimated liability Claims in the amount of $3,307.74 for 2010 liability and $3,019.46 for 2011 liability; and that the balance of the Michigan Department of Treasury's Claim or any subsequently Amended Proof of Claim for 2010, 2011, 2012 and 2013 tax liability be denied as a Secured Claim and allowed as a General Unsecured Claim.

Respectfully submitted,

**Bohikian Law Group, PLLC**

Date: January 7, 2016

*/s/ Dickron Bohikian*
DICKRON BOHIKIAN (P46210)
Attorney for Debtor(s)
748 W Grand River Avenue
Brighton, MI 48116
(810) 494-7172 (phone)   (810) 494-7178 (fax)
ecf@bohikianlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In Re: CHAD M. BONDIE
SHANNONE L. BONDIE

1918 Byron Rd.
Howell, MI 48855
xxx-xx-1224
xxx-xx-1690

Chapter 13
Case No. 15-30209
Honorable Daniel S. Opperman

Debtor(s).
_____/

### ORDER DENYING PROOF OF CLAIM NO. 15-1 OF THE MICHIGAN DEPARTMENT OF TREASURY

This matter having come before the Court on Debtor(s) Objection to Proof of Claim of Michigan Department of Treasury's Claim No. 15-1, all interested parties being notified and the Honorable court being otherwise fully apprised of the premises;

**NOW THEREFORE;**

**IT IS ORDERED** that the Michigan Department of Treasury's estimated liability Claims in the amount of $3,307.74 for 2010 liability and $3,019.46 for 2011 liability are denied; and that the balance of the Michigan Department of Treasury's Claim or any subsequently Amended Proof of Claim for 2010, 2011, 2012 and 2013 tax liability be denied as a Secured Claim

**IT IS FURTHER ORDERED** and that the balance of the Michigan Department of Treasury's Claim or any subsequently Amended Proof of Claim for 2010, 2011, 2012 and 2013 tax liability be denied as a Secured Claim and allowed as a General Unsecured Claim.

EXHIBIT A

Form B20B (Official Form 20B)
12/1/2010

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: Chad M. Bondie | Chapter: 13 |
| Shannone M. Bondie | Case No. 15-30209-dof |
| Debtor(s) | Judge: Daniel S. Opperman |

Address: 1918 Byron Rd.
Howell, MI 48855

Last four digits of Social Security: xxx-xx-1224
xxx-xx-1690

## NOTICE OF OBJECTION TO CLAIM

Chad & Shannone Bondie have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before February 9, 2016, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

**U.S. Bankruptcy Court, 211 W. Fort Street, Detroit, MI 48226**

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:
Dickron Bohikian, 748 W. Grand River Ave., Brighton, MI 48116
Carl L. Bekofske, 400 N. Saginaw St., Ste. 331, Flint, MI 48502
Chad & Shannone Bondie, 1918 Byron Rd., Howell, MI 48855
Michigan Dept. of Treasury, Bankruptcy Unit, PO Box 30456

2. Attend the hearing on the objection, scheduled to be held on February 16, 2016, at 10:00a.m. at 226 W. Second Street, Flint, MI 48502, United States Bankruptcy Court, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Date: 1-7-2016

Signature: /s/ Dickron Bohikian
Dickron Bohikian (P46210)
748 W. Grand River Ave.
Brighton, MI 48116
(810) 494-7172
ecf@bohikianlaw.com

Revised 12/1/2010